AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EVERETT TOBIAS WILCOX

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV507-15

CAPITAL MORTGATE CORPORATION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered August 25, 2008, granting the Defendant's motion to dismiss, which was converted by the Court to a motion for summary judgment, judgment is hereby entered in favor of the Defendant, CAPITAL MORTGAGE CORPORATION, and against the Plaintiff, EVERETT TOBIAS WILCOX, as to all claims asserted against the Defendant.

Approved by: _____

August 25, 2008
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03